Mr. Presiding Justice Graves delivered the opinion of the court.

---

**Minnie Simcox, by George B. Simcox, appellee, v. William O'Connell, appellant.**

Action for injuries to person sustained by collision of ambulance with truck.    Judgment for plaintiff.    Appeal from the Circuit Court of Vermilion county; the Hon. John H. Marshall, Judge, presiding.

Heard in this court at the October term, 1919. Affirmed. Opinion filed April 27, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Lambert & Mayer and Walter J. Grant, for appellant. A. B. Dennis and Graham & Dysert, for appellee; Thomas A. Graham, of counsel.

Mr. Justice Eldredge delivered the opinion of the court.